Eugene J. Egan (State Bar No. 130108)
 eje@manningllp.com
Karen Liao (State Bar No. 256072)
 kxl@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

JS-6
FILED: 1/26/15

Attorneys for Defendant Target Corporation

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BERTA GEKKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TARGET CORPORATION and DOES 1 to 100, inclusive,<br><br>　　　　Defendants. | U.S.D.C. Case No. 2:14-cv-9938 GHK(JCx)<br><br>Los Angeles County Superior Court Case No. BC564259<br><br>[~~PROPOSED~~] ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT<br><br>Complaint Filed: 11/17/14<br>Trial Date: None |

The Stipulation of Defendant TARGET CORPORATION and Plaintiff BERTA GEKKER for Remand to the Los Angeles County Superior Court has been fully considered by the Court and IT IS HEREBY ORDERED THAT the Stipulation is GRANTED for the reasons set forth therein. This matter is hereby remanded to the Los Angeles County Superior Court, Case No. BC564259.

Dated: ___1/23___, 2015

_____
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT